IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

|  |  |
|---|---|
| **JOHN RYMAN, et al.,**<br><br>*Plaintiffs*<br><br>v.<br><br>**FIRST MORTGAGE CORPORATION, et al.,**<br><br>*Defendants*. | **Civil Action No.: 1:17-cv-01757-RDB** |

## **NOTICE OF APPEAL**

Notice is hereby given that John Ryman, Bobby and Thelma Thomas and Kimberly Thomas, the Plaintiffs in the above-captioned proposed class action case, on behalf of themselves and all others similarly situated, hereby appeals to the United States Court of Appeals for the Fourth Circuit the Order granting Defendants First Mortgage Corporation, New England Federal Credit Union and Health One Credit Union's Motion to Dismiss entered in this case on April 17, 2018 (ECF Dkt. 37).

Dated: May 16, 2018

_____/s/_____
Timothy F. Maloney, Esq. #03381
Veronica B. Nannis, Esq. #15679
Megan A. Benevento, Esq. #19883
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, Maryland 20770
(301) 220-2200 / (301) 220-1214 (fax)
Email: tmaloney@jgllaw.com
vnannis@jgllaw.com
mbenevento@jgllaw.com
*Co-Counsel for Plaintiff and Class Members*

_____/s/_____
Michael Paul Smith, Esq. #23685
Melissa L. English, Esq. #19864
Sarah A. Zadrozny, Esq. #13911
Smith, Gildea & Schmidt, LLC
600 Washington Avenue, Suite 200
Towson, MD 21204
(410) 821-0070 / (410) 821-0071 (fax)
Email: mpsmith@sgs-law.com
menglish@sgs-law.com
szadrozny@sgs-law.com
*Counsel for Plaintiff and Class Members*